UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 3:22CR110 (VAB) |
| v. | : | |
| | : | |
| By Trade OU | : | December 19, 2022 |

MOTION FOR PRELIMINARY ORDER OF FORFEITURE

Pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure and the plea agreement between the United States of America and the Defendant, By Trade OU, the United States of America requests that this Court enter the attached Preliminary Order of Forfeiture, which orders the forfeiture to the United States the following, all of which were seized from the Defendant by law enforcement in the Republic of Latvia: Three hundred twelve thousand one hundred ninety two Euros and forty four cents (€312,192.44), and which orders the Attorney General of the United States or his Authorized Designee to apply to seize and maintain custody of the forfeited property and dispose of it in accordance with the law.

Respectfully submitted

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

/s/
_____
RAHUL KALE
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO.
1000 LAYFAYETTE BLVD, 10TH FLOOR
BRIDGEPORT, CT 06604
PHONE NO.: (203) 696-3000
EMAIL: Rahul.Kale@usdoj.gov

1

CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2022, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/
_____
RAHUL KALE
ASSISTANT UNITED STATES ATTORNEY