## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

United States of America,
    *Plaintiff*,

v.

BY TRADE OU,
    *Defendant.*

No. 3:22-cr-00110 (VAB)

ORDER OF FORFEITURE

The Defendant, By Trade OU, having pleaded guilty to Counts One and Four of the Indictment, charging with a Conspiracy to Violate the Export Control Reform Act, and specifically, in violation of Title 18 United States Code § 371 (Count One), and with International Money Laundering Conspiracy, in violation of Title 18 United States Code § 1956(h) (Count Four).

Accordingly, it hereby:

ORDERED, ADJUDGED AND DECREED that, under 21 U.S.C. § 853, all right, title, and interest that the Defendant By Trade OU may have in the following, all of which were seized from the Defendant: Three hundred twelve thousand one hundred ninety two Euros and forty four cents (€312,192.44), is hereby condemned and forfeited to the United States of America.

IT IS FURTHER ORDERED that, under 21 U.S.C. § 853(g) and Fed. R. Crim. P. 32.2(b)(3), the Attorney General of the United States or his authorized designee shall apply to authorities in the Republic of Latvia to seize said property and conduct any discovery proper in identifying, locating, or disposing of the property subject to forfeiture, and to commence proceedings that comply with any statues governing third-party rights.

IT IS FURTHER ORDERED that, under 21 U.S.C. § 853(n), the United States shall publish notice of the forfeiture in a manner consistent with the provisions of Supplemental Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, which may include publication on the Government's forfeiture website on the internet (http://www.forfeiture.gov).  The United States shall also, to the extent practicable, provide written notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture of the property in the ancillary proceeding.  The foregoing publication and written notice shall include notice of the government's intent to dispose of the property in accordance with the law, and notice that any person, other than the Defendant, having or claiming a legal interest in any of the above-listed forfeited property must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

IT IS FURTHER ORDERED that, under Fed. R. Crim. P. 32.2(b)(3), this Preliminary Order of Forfeiture shall become final as to the Defendant at the time of sentencing and shall be made part of the sentence and included in the Judgment.

IT IS FURTHER ORDERED that, under Fed. R. Crim. P. 32.2(c)(2), upon adjudication of all third party interests, this Court will enter a Final Order of Forfeiture, and if no third party files a timely claim, this Order shall become the Final Order of Forfeiture.

SO ORDERED at Bridgeport, Connecticut, this <u>20th</u> day of <u>December,</u> 2022.

    /s/ Victor A. Bolden
Victor A. Bolden
United States District Judge