UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,
    *Plaintiff*,

    v.

BY TRADE OU
    *Defendant.*

No. 3:22-cr-00110 (VAB)

FINAL ORDER OF FORFEITURE

Whereas on December 20, 2022, this Court entered a Preliminary Order of Forfeiture that forfeited, under  to 21 U.S.C. 853, the following: Three hundred twelve thousand one hundred ninety two Euros and forty four cents (€312,192.44), which was seized from the Defendant, is hereby condemned and forfeited to the United States of America.

And whereas, under to 21 U.S.C. 853(n), for at least 30 consecutive days, beginning on January 05, 2023, and ending on March 06, 2023, the United States published on the Government's forfeiture website on the Internet, http://www.forfeiture.gov, notice of this forfeiture and of the intent of the United States to dispose of the property as the Attorney General may direct, and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of their alleged legal interest in the property.

And whereas no other claims or timely petitions have been filed, except for the Court's order granting the motion for attorney's fees, ECF No. 81, in the amount of $28,500, which shall be distributed to the attorney out of these proceeds before distributed to the government.

Accordingly, it is hereby ORDERED, ADJUDGED, and DECREED:

That, under to 21 U.S.C. 853(n)(7), the right, title, and interest to: Three hundred twelve

1

2

thousand one hundred ninety two Euros and forty four cents (€312,192.44), which was seized

from the Defendant, is hereby condemned, forfeited, and vested in the United States of America

and that no right, title, or interest to the property shall exist in any other party:

That under t to 21 U.S.C. 853(g)-(i), the United States may dispose of this property

according to law.

**SO ORDERED** at Bridgeport, Connecticut, this 4th day of  April, 2023.

/s/ Victor A. Bolden
VICTOR A. BOLDEN
UNITED STATES DISTRICT JUDGE